# EXHIBIT 1

# EXHIBIT 1

# EXHIBIT 1



**Website Record Search**
Clerk of Superior Court
Electronic Documents Online

**Enter Search Criteria -**

Last
OR
Bus.    grundfos
Name

First:

Case
Number

○ Case Number
◉ Name

Search

☐ **Name Search Mini-List?**

Website Case Search Help

Minute Entry Search by Hearing Officer

**AgaveWeb**
Case Information and Document List

**Case Information**

| | |
|---|---|
| Case Number: | C20185486 |
| Filing Date: | 11/6/2018 |
| Caption: | USAA CASUALTY INSURANCE COMPANY, |
| Judge: | RICHARD E GORDON |

**Party Information**

| Party Full Name | Party Role | Name Type | DOB |
|---|---|---|---|
| USAA CASUALTY INSURANCE COMPANY, A TEXAS CORPORATION | Plaintiff | True | |
| GRUNDFOS PUMPS CORPORATION, A CORPORATION | Defendant | True | |

**Case/Document Information**

| Document Type | Document SubType | Document Caption | File Date | Image |
|---|---|---|---|---|
| Affidavit | Certificate Of Service | Certificate of Service | 11/29/2018 | Available at Courthouse |
| Misc | Documents/Records Filed | Documents/Records Filed | 11/6/2018 | Available at Courthouse |
| Arbitration | Faster Certificate | Faster Certificate | 11/6/2018 | Available at Courthouse |
| Summons | Summons/Subpoena | Summons/Subpoena | 11/6/2018 | Available at Courthouse |
| Open | Petition & Complaint | Petition & Complaint | 11/6/2018 | Available at Courthouse |
| Receipt | All Money Receipts | All Money Receipts 3030032 | 11/6/2018 | Available at Courthouse |

**In the Superior Court of the State of Arizona**
**In and For the County of** Pima

Case Number _____

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT

11/6/2018 12:29:58 PM

*Delivery Date: November 06, 2018 12:29 PM MST*
BY: ARTHUR ROBLES
DEPUTY

Case No. C20185486
HON. RICHARD E GORDON

## CIVIL COVER SHEET- NEW FILING ONLY
### (Please Type or Print)

Plaintiff's Attorney Philip Berens

Attorney Bar Number 031267, AZ

Plaintiff's Name(s): (List all)
USAA CASUALTY INSURANCE COMPANY,

a Texas corporation

Plaintiff's Address:
_____

_____

_____

(List additional plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All) GRUNDFOS PUMPS CORPORATION, a corporation

(List additional defendants on page two and/or attach a separate sheet)

## NATURE OF ACTION
(Place an "X" next to the **one** case category that most accurately describes your primary case.)

**TORT MOTOR VEHICLE:**
☐ Non-Death/Personal Injury
☐ Property Damage
☐ Wrongful Death

**TORT NON-MOTOR VEHICLE:**
☐ Negligence
☐ Product Liability – Asbestos
☐ Product Liability – Tobacco
☒ Product Liability – Toxic/Other
☐ Intentional Tort
☐ Property Damage
☐ Legal Malpractice
☐ Malpractice – Other professional
☐ Premises Liability
☐ Slander/Libel/Defamation
☐ Other (Specify) _____

**MEDICAL MALPRACTICE:**
☐ Physician M.D.          ☐ Hospital
☐ Physician D.O           ☐ Other

**CONTRACTS:**
☐ Account (Open or Stated)
☐ Promissory Note
☐ Foreclosure
☐ Buyer-Plaintiff
☐ Fraud
☐ Other Contract (i.e. Breach of Contract)
☐ Excess Proceeds-Sale
☐ Construction Defects (Residential/Commercial)
  ☐ Six to Nineteen Structures
  ☐ Twenty or More Structures

**OTHER CIVIL CASE TYPES:**
☐ Eminent Domain/Condemnation
☐ Eviction Actions (Forcible and Special Detainers)
☐ Change of Name
☐ Transcript of Judgment
☐ Foreign Judgment
☐ Quiet Title

AZturboCourt.gov Form Set #2970773

June 7, 2018                    Page 1                    AOCCV10F-070118

☐Forfeiture
☐Election Challenge
☐NCC- Employer Sanction Action (A.R.S. §23-212)
☐Injunction against Workplace Harassment
☐Injunction against Harassment
☐Civil Penalty
☐Water Rights (Not General Stream Adjudication)
☐Real Property
☐Special Action against Lower Courts
    (See lower court appeal cover sheet in Maricopa)
☐Immigration Enforcement Challenge (A.R.S. §§1-501, 1-502, 11-1051)

**UNCLASSIFIED CIVIL:**
☐Administrative Review
    (See lower court appeal cover sheet in Maricopa)
☐Tax Appeal
(All other tax matters must be filed in the AZ Tax Court)
☐Declaratory Judgment
☐Habeas Corpus

☐Landlord Tenant Dispute- Other
☐Declaration of Factual Innocence (A.R.S. §12-771)
☐Declaration of Factual Improper Party Status
☐Vulnerable Adult (A.R.S. §46-451)
☐Tribal Judgment
☐Structured Settlement (A.R.S. §12-2901)
☐Attorney Conservatorships (State Bar)
☐Unauthorized Practice of Law (State Bar)
☐Out-of-State Deposition for Foreign Jurisdiction
☐Secure Attendance of Prisoner
☐Assurance of Discontinuance
☐In-State Deposition for Foreign Jurisdiction
☐Eminent Domain– Light Rail Only
☐Interpleader– Automobile Only
☐Delayed Birth Certificate (A.R.S. §36-333.03)
☐Employment Dispute- Discrimination
☐Employment Dispute-Other
☐Verified Rule 45.2 Petition
☐Other (Specify) _____

## RULE 26.2 DISCOVERY TIER OR AMOUNT PLEADED:

(State the amount in controversy pleaded or place an "X" next to the discovery tier to which the pleadings allege the case would belong under Rule 26.2.)

☐Amount Pleaded $_____       ☐ Tier 1     ☒ Tier 2     ☐ Tier 3

## EMERGENCY ORDER SOUGHT:

☐ Temporary Restraining Order     ☐ Provisional Remedy     ☐ OSC     ☐Election Challenge
☐ Employer Sanction     ☐Other (Specify) _____

## COMMERCIAL COURT (Maricopa County Only)

☐ This case is eligible for the commercial court under Rule 8.1, and plaintiff requests assignment of this case to the commercial court. More information on the commercial court, including the most recent forms, are available on the court's website at https://www.superiorcourt.maricopa.gov/commercial-court/.

Additional Plaintiff(s)

_____

_____

Additional Defendant(s)

_____

_____

*AZturboCourt.gov Form Set #2970773*

Attachment Page __1__ (of __1__ )

To <u>Civil Cover Sheet</u>

**ATTORNEY INFORMATION:**

ATTORNEY FILING:

Philip Berens

Bar Number: 031267, Issuing State: AZ

Law Firm: Cozen OConnor

Address: 601 S. Figueroa Street

Suite 3700

Los Angeles, CA 90017

Telephone Number: (213) 892-7900

Email: kmorales@cozen.com


**ATTACHED DOCUMENTS LIST:**

Summons - Defendant #1

Complaint

If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.



## *Pima County Clerk of Superior Court*
### *Tucson, Arizona*



| | |
|---|---|
| Receipt Number: | 3030032 |

| | | | |
|---|---|---|---|
| Received for: | Philip Berens | Date: | 11/6/2018 |
| Received from: | Philip Berens | Case Number: | C20185486 |
| Amount Received: | $258.00 | Clerk Number: | 1,738 |

Caption:  USAA CASUALTY INSURANCE COMPANY, A TEXAS CORPORATION VS. GRUNDFOS PUMPS

| | | | |
|---|---|---|---|
| Cash: $0.00 | Check: $0.00 | Charge: $0.00 | ACH: $258.00 |

*Begin Financial Docket*

Civil Complaint                                                                           $258.00     PAID

*End Financial Docket*

Change Returned:   $0.00

Amount Refunded:  $0.00

Person/Attorney Filing: Philip Berens
Mailing Address: 601 S. Figueroa Street Suite 3700
City, State, Zip Code: Los Angeles, CA 90017
Phone Number: (213) 892-7900
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 031267, Issuing State: AZ
Attorney E-Mail Address: kmorales@cozen.com

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

# IN AND FOR THE COUNTY OF PIMA

USAA CASUALTY INSURANCE COMPANY, a
Texas corporation
Plaintiff(s),

Case No.___C20185486____

HON. RICHARD E GORDON

V.

**SUMMONS**

GRUNDFOS PUMPS CORPORATION, a
corporation
Defendant(s).

To: GRUNDFOS PUMPS CORPORATION, a corporation

WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.

1. A lawsuit has been filed against you. A copy of the lawsuit and other related court paperwork has been served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Office of the Clerk of the Superior Court, 110 West Congress Street, Tucson, Arizona 85701 or electronically file your Answer through AZTurboCourt at www.azturbocourt.gov. Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons. Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If the papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS, not counting the day of service.

12/30/2016 CAC

AZturboCourt.gov Form Set #2970773

Requests for reasonable accommodations for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.


GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  Pima_____  *November 06, 2018* _____.

*Toni L. Hellon*
Clerk of the Superior Court

By: *Arthur Robles* _____
       Deputy Clerk



12/30/2016 CAC

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT
11/6/2018 12:29:58 PM
BY: ARTHUR ROBLES
DEPUTY

Case No. C20185486
HON. RICHARD E GORDON

1   PHILIP J. BERENS, ESQ.
    AZ Bar No. 031267
2   COZEN O'CONNOR
    601 South Figueroa, Suite 3700
3   Los Angeles, CA  90017
    Telephone: 213.892.7930
4   Facsimile: 213.892.7999

5   Attorney for Plaintiff
    USAA CASUALTY INSURANCE COMPANY
6

7

8                SUPERIOR COURT OF THE STATE OF ARIZONA

9                  IN AND FOR THE COUNTY OF PIMA

10  USAA CASUALTY INSURANCE          )
    COMPANY, a Texas corporation     )   Case No.:
11                                    )
            Plaintiff,                )   **COMPLAINT**
12                                    )
13      v.                            )
                                      )
14  GRUNDFOS PUMPS CORPORATION, a     )
    corporation; and DOES 1 through 25, )
    inclusive,                        )
15                                    )
            Defendants.               )
16                                    )
                                      )
17  _____ )

18          Plaintiff, USAA CASAULTY INSURANCE COMPANY, a corporation (hereinafter

19  "USAA" or "Plaintiff"), is informed and believes and thereon alleges against Defendants,

20  and each of them, as follows:

21          1.      This action arises from a fire that occurred on or about December 20, 2016,

22  (hereinafter "Subject Fire") at the property addressed as 3202 N. Soldier Trail, Tucson,

23  Arizona (hereinafter "Subject Home").

24          2.      Plaintiff, USAA, is, and at all times herein mentioned was, a Texas

25  corporation duly authorized to transact and conduct business in the State of Arizona.

26

3.      Defendant Grundfos Pumps Corporation (hereinafter "Grundfos"), is, and at all times herein mentioned was, a corporation authorized to transact and conduct business in the State of Arizona.

4.      Plaintiff is ignorant of the true names and capacities of Defendants sued by this complaint as DOES 1 through 25, inclusive, and therefore, Plaintiff sues said Defendants by such fictitious names. Plaintiff is informed and believes, and thereon alleges, that Defendants designated as DOES 1 through 25, inclusive, are legally responsible in some manner for the damages alleged. Plaintiff will amend this complaint to allege the true names, capacities and liabilities of DOES 1 through 25, inclusive, when ascertained.

5.      At all times herein mentioned, Defendants, and DOES 1 through 25, inclusive, and each of them, were agents, and/or employees, and/or servants, and/or partners and/or alter egos of each remaining Defendants and at all times herein mentioned were acting as alter egos or within the purpose and scope of said agency, partnership, employment, and/or relationship with the consent, authorization, permission or ratification of co-Defendants, and each of them.

6.      At all times herein mentioned, Lynn Struthers-Peate was the owner of the Subject Home damaged or destroyed by the Subject Fire.

7.      At the time of the Subject Fire, there was in effect an insurance policy issued by Plaintiff to Ms. Struthers-Peate by which Plaintiff insured Ms. Struthers-Peate against loss and damage of the type caused by the Subject Fire.

8.      Pursuant to the terms of the aforementioned policy and a claim for benefits thereunder filed by the Insured, Plaintiff has paid to, or on behalf of, Ms. Struthers-Peate an amount in excess of the minimum amount required for the jurisdiction of this court, an amount to be proved at trial.

9.      Plaintiff is legally and equitably subrogated to the rights of its Insured in this lawsuit to the amount paid, and to be paid, for the damages forming the basis of this action.

2

## FIRST CAUSE OF ACTION

### (Product Liability Against All Defendants)

10.     Plaintiff realleges and incorporates herein by reference paragraphs 1 through 9, inclusive, of this Complaint as though fully set forth at length.

11.     Defendants, and each of them, at all times herein mentioned, were in the business of manufacturing, designing, assembling, selling, distributing, marketing, installing and/or otherwise placing into the stream of commerce pumps, such as the pump involved in the fire from which this action arises (hereinafter "Subject Pump") which are often used in solar water systems.

12.     Defendants, and each of them, manufactured, designed, assembled, sold, distributed, marketed, installed or otherwise placed the Subject Pump into the stream of commerce.

13.     Defendants, and each of them, knew, or reasonably should have known, that the Subject Pump would be used by Plaintiff's insureds and/or other consumers without inspection for defects such as the defect which caused the Subject Fire and the damages in issue.

14.     At the time the Subject Pump and/or its component parts left the custody and control of Defendants and were placed into the stream of commerce by Defendants, an inherent defect existed in the Subject Pump that rendered the Subject Pump unreasonably dangerous.

15.     The unreasonably dangerous defective condition in the Subject Pump that caused the Subject Fire and resultant damage is described as follows:

a)     The pump was not equipped with reasonable protection to protect against water infiltrating the pump and damaging the components so as to create the unreasonable risk of fire and resultant damage such as that which occurred;

////

3

1     b)  The pump was prone to water intrusion that led to internal failure so as

2 to create the unreasonable risk of fire and resultant damage such as that which occurred;

3 and/or

4     c)  Was otherwise inherently defective and unreasonably dangerous.

5   16.  The unreasonably dangerous and defective condition in the Subject Pump that

6 caused the Subject Fire and resultant damage was present in the Subject Pump when the

7 Subject Pump left the custody and control of Defendants, and each of them.

8   17.  The unreasonably dangerous and defective condition of the Subject Pump

9 and/or its component parts was neither plainly apparent nor discoverable by Plaintiff's

10 insured or by other consumers through a reasonable inspection.

11   18.  The unreasonably dangerous and defective condition that was present in the

12 Subject Pump when the Subject Pump left the custody and control of Defendants and which

13 was not apparent through reasonable inspection caused the Subject Fire and resultant

14 damage which forms the basis of this action.

15   19.  As a direct and proximate result of the unreasonably dangerous and defective

16 condition of the Subject Pump and/or its component parts, Plaintiff has suffered damage

17 and loss in an amount in excess of the minimum amount required for the jurisdiction of this

18 court, an amount to be proved at trial.

19   WHEREFORE, Plaintiff prays for judgment against all Defendants as follows:

20   1.  Damages in excess of $170,000;

21   2.  For costs incurred herein;

22   3.  For prejudgment interest; and

23 ////

24 ////

25 ////

26 ////

4

1        4.      For such other and further relief as the court may deem just and proper.

2    DATED:  November 6, 2018            COZEN O'CONNOR

3

4                                      By: _____

5                                        PHILIP J. BERENS
                                         601 South Figueroa, Suite 3700

6                                        Los Angeles, CA 90017
                                         Telephone: 213.892.7930
                                         Fax: 213.892.7999

7                                        Attorneys for Plaintiff
                                         USAA CASUALTY INSURANCE

8                                        COMPANY

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT

11/6/2018 12:29:58 PM

BY: ARTHUR ROBLES
DEPUTY

Case No. C20185486
HON. RICHARD E GORDON

PERSON/ATTORNEY FILING: **Philip Berens**
MAILING ADDRESS: **601 S. Figueroa Street Suite 3700**
CITY, STATE, ZIP CODE: **Los Angeles, CA 90017**
PHONE NUMBER: **(213) 892-7900**
E-MAIL ADDRESS: **kmorales@cozen.com**
[ ☐ ] REPRESENTING SELF, WITHOUT AN ATTORNEY
(IF ATTORNEY) STATE BAR NUMBER: **031267, Issuing State: AZ**

## ARIZONA SUPERIOR COURT, PIMA COUNTY

**USAA CASUALTY INSURANCE COMPANY, a
Texas corporation
Plaintiff(s),**

**V.**

**GRUNDFOS PUMPS CORPORATION, a
corporation
Defendant(s).**

CASE NO: _____

### RULE 102(a) FASTAR CERTIFICATE

The undersigned certifies that he or she knows the eligibility criteria set by FASTAR Rule 101(b) and

certifies that this case:

## (NOTE – YOU MUST CHECK ONE OF THE BOXES BELOW OR THE CLERK WILL NOT ACCEPT THIS FORM.)

☐ **DOES** meet the eligibility criteria established by Rule 101(b); or

☒ **DOES NOT** meet the eligibility criteria established by Rule 101(b).

Dated: **November 06, 2018**

**Philip Berens /s/** _____
SIGNATURE

AZturboCourt.gov Form Set #2970773

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT

11/29/2018 9:38:19 AM

BY: JAMES ORR
DEPUTY

1 | Philip J. Berens, Esq.
AZ Bar No. 031267
2 | COZEN O'CONNOR
601 South Figueroa, Suite 3700
3 | Los Angeles, CA 90017
Telephone: 213-892-7930
4 | Facsimile: 213-892-7999
Attorney for Plaintiff
5 | USAA CASUALTY INSURANCE COMPANY

6

**SUPERIOR COURT OF THE STATE OF ARIZONA**
7 | **IN AND FOR THE COUNTY OF PIMA**

8

9 | In Re the Matter of:

10 | **USAA CASUALTY INSURANCE COMPANY, a**          Case No. C20185486
**Texas corporation**
11                                                                  **CERTIFICATE OF SERVICE**
                                        Plaintiff(s),
12 | Vs.

13
**GRUNDFOS PUMPS CORPORATION, a**
14 | **corporation**

15 | _____ Defendant(s), _____

16 |     I, ESPERANZA RUIZ-MORRIS do depose that on said date November 13, 2018 I received documents
listed below from COZEN O'CONNOR, requesting basic service of process.
17

18 |     I, ESPERANZA RUIZ-MORRIS do depose that on said date, November 14, 2018 at 11:38AM, I hand
delivered and served a copy of the **SUMMONS; COMPLAINT; RULE 102(a) FASTAR CERTIFICATE; CIVIL**
19 | **COVER SHEET** to GUNJAN BATTH as Registered Agent for Service of Process on behalf of Defendant
GRUNDFOS PUMPS CORPORATION, a corporation; Said documents were hand delivered and served at the
20 | address of 5900 E. Shields Avenue, Fresno, CA 93727.

21 |     I declare under the penalty of perjury that the above information is correct and true to the best of my
22 | knowledge. A fee of $00.00 was charged for the Service of Process.

23

24

25
                         ESPERANZA RUIZ-MORRIS,
                      Registered California Process Server,
                              County of Fresno,
                      Registration # S2013100000048

See Attachment for Notary

# ACKNOWLEDGMENT

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of _____California_____ )

On __November 26, 2018__ before me, __Julie Thornton, Notary Public__
(insert name and title of the officer)

personally appeared __Esperanza Ruiz-Morris__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

JULIE THORNTON
Notary Public · California
Fresno County
Commission # 2236926
My Comm. Expires Apr 5, 2022