Philip J. Berens, Esq., SBN 279008
E-mail:      pberens@cozen.com
COZEN O'CONNOR
601 S. Figueroa Street
Suite 3700
Los Angeles, CA  90017
Telephone: 213.892.7900
Toll Free Phone: 800.563.1027
Facsimile: 213.892.7999

Attorney for Plaintiff
USAA CASUALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| USAA Casualty Insurance Company, a Texas corporation<br><br>Plaintiff,<br><br>vs.<br><br>Grundfos Pumps Corporation, a corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | CV- CV-18-00589-TUC-FRZ<br><br>**JOINT NOTICE OF SETTLEMENT** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff and Defendant have reached a settlement in the above-referenced case.  A formal settlement agreement will be circulated between the parties for review and approval.  Once all of the appropriate signatures have been obtained, an executed Stipulation of Dismissal of the entire action will be filed.

IT IS SO STIPULATED.

//

//

//

//

LEGAL\39743480\1

DATED: January 24, 2019

BROENING OBERG WOODS & WILSON, P.C.

By: */s/*
Robert T. Sullivan
Nicholas J. Scavio
2800 N. Central Ave, Ste 1600
Phoenix, Arizona 85004
*Attorneys for Defendant*

COZEN O'CONNER

By: */s/*
Phillip J. Berens
601 S. Figueroa, Suite 3700
Los Angeles, California 90017
*Attorneys for Plaintiff*

LEGAL\39743480\1

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a notice of Electronic Filing to the following CM/ECF registrants:

Robert T. Sullivan
Nicholas J. Scavio
2800 N. Central Ave, Ste 1600
Phoenix, Arizona 85004
*Attorneys for Defendant*

By */s/ Kristin Morales*

LEGAL\39743480\1