# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| USAA Casualty Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Grundfos Pumps Corporation, et al.,<br><br>Defendants. | NO. CV-18-00589-TUC-FRZ<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, pursuant to the parties' Joint Stipulation of Dismissal with Prejudice, that this case is dismissed with prejudice.

Brian D. Karth
District Court Executive/Clerk of Court

March 15, 2019

By   s/ Clara Ortiz
     Deputy Clerk